**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GREGORY HOOVER, STACEY BURNWORTH, IVY KRAIDY, LINDA PURDY, THOMAS RODENFEL, FRANCIE RODENFEL, THOMAS F. RODENFEL, ALANA DEGARMO, DOUGLAS OLIN, WENDY OLIN, ENON WINKLER, KELLY MURRY, MARY BRYAN, WARREN GILBERT, PATTU KESAVAN, GARY BERGENSKE, MARK ROLLINS,**

        **Plaintiffs,**

-vs-                                           **Case No. 6:07-cv-1628-Orl-22DAB**

**600 NORTH INVETMENTS, INC. fka 600 North Developers, Inc.; OCEAN WATER, LLC; OCEAN WATERS INVESTMENTS, LLC; CHARLES BRAY; JOSEPH GILLESPIE; BRAY AND GILLESPIE, INC.; BRAY AND GILLESPIE PLAZA DEVELOPMENTS, LLC; BRAY AND GILLESPIE PROPERTY INVESTMENTS, LLC; BRAY AND GILLESPIE III MANAGMENTS, LLC; SOUTHERN HOSPITALITY RESORTS & RESIDENCES, LLC; JOHN SALMON; DENISE DEVOE; NATIONAL REAL ESTATE INVESTORS, LLC; RESORTQUEST REALESTATE OF FLORIDA INC.; RESORTQUEST INTERNATIONA, INC.; WES SCOTT; and MICHAEL DEMCHAK,**

        **Defendants.**

_____

**ORDER**

     This cause is before the Court on Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) filed on October 12, 2007.

     The United States Magistrate Judge has submitted a report recommending that the Motion be denied, and that the complaint be dismissed.

After an independent *de novo* review of the record in this matter, including the Response filed by the Plaintiff Gregory Hoover, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 17, 2007 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED**.

3. The Complaint is **DISMISSED** for lack of jurisdiction.

4. No later than November 27, 2007 Plaintiffs are given leave to file an Amended Complaint setting forth some basis for this Court's jurisdiction, if they are able to do so. Any Amended Complaint shall be accompanied by the requisite filing fee or a renewed, complete motion to proceed in forma pauperis.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 26, 2007.

Copies furnished to:

United States Magistrate Judge
Gregory Hoover, pro se
Stacey Burnworth, pro se

ANNE C. CONWAY
United States District Judge